No. 11–6566. BERNADEU v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 11–6587. DAY v. MINNESOTA ET AL. Ct. App. Minn. Certiorari denied.

No. 11–6639. DURHAM v. UNITED STATES; and
No. 11–6641. COLLINS v. UNITED STATES. C. A. 7th Cir. Certiorari denied. Reported below: 645 F. 3d 883.

No. 11–6696. IN RE GRAND JURY PROCEEDINGS. C. A. 1st Cir. Certiorari denied.

No. 11–6765. BOOKER ET AL. v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 11–6811. SATCHELL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–6863. REID v. WYATT ET AL. Sup. Ct. Va. Certiorari denied.

No. 11–6932. CRABBE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 11–6958. MOORE v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 11–6979. HAXHIA v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 11–7013. VINES v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 11–7081. COOK v. HUBIN ET AL. Ct. App. D. C. Certiorari denied.

No. 11–7214. ENRIQUEZ v. LIVINGSTON, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–7274. PHILLIPS v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.